**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ACS International Products LP, | No. CV-19-00549-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| State Automobile Mutual Insurance Company, | |
| Defendant. | |

On September 9, 2020, the parties filed a Stipulated Protective Order and attached a form of Order for the Court to grant the stipulation. It, therefore, appeared to the Court that the parties sought the Court's approval and issuance of the proposed Protective Order. The proposed Protective Order is not, however, specific enough regarding the information it seeks to protect, and the Court denies the stipulation of the parties to issue it. The parties are of course free to enter into any written agreements, without the Court's involvement. The Stipulation is also procedurally deficient. When specific relief is requested either pursuant to a stipulation or motion, the parties shall prepare a proposed Order as a separate document granting the requested relief. In other words, the proposed Protective Order shall not be included as part of the Stipulation but shall be attached to it. LRCiv. 7.1(b). If the Court grants the Stipulation, it issues the Protective Order.

*///*
*///*
*///*

**Accordingly,**

**IT IS ORDERED** the Stipulated Protective Order (Doc. 29), which the Court's treats as a stipulated request to enter the proposed Protective Order, is DENIED.

Dated this 9th day of February, 2021.

_____
Honorable David C. Bury
United States District Judge